

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:          Alfredo DeLaCruz v. The State of Texas

Appellate case number:      01-20-00150-CR

Trial court case number:     1503082

Trial court:                          176th District Court of Harris County

   The State has filed a motion to strike appellant's brief because it violates Rule 9.10 of the Texas Rules of Appellate Procedure by including the name of a minor at the time of the offense. *See* TEX. R. APP. P. 9.10(a)(3), (b). The motion to strike appellant's brief is **GRANTED**. Appellant is ordered to file, **within 7 days of this order**, an amended brief redacting the minor's name and any other sensitive data in compliance with Rule 9.10.

   It is so ORDERED.

Judge's signature: __/s/ Richard Hightower_____
          Acting individually


Date: __December 17, 2020_____